# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: James P. Contreras

Case Number: 17 B 30353

An appearance is hereby filed by the undersigned as attorney for:
Jarvis on the Lake Condominium Association

Attorney name (type or print): Ronald J. Kaputska

Firm: Kovitz Shifrin Nesbit

Street address: 175 N. Archer Avenue

City/State/Zip: Mundelein, Illinois 60060

Bar ID Number: 6203095
(See item 3 in instructions)

Telephone Number: 847-537-0500

Email Address: ndaily@ksnlaw.com, bankruptcy@ksnlaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | ✔ | |
| Are you a member of the court's trial bar? | ✔ | |
| If this case reaches trial, will you act as the trial attorney? | ✔ | |

If this is a criminal case, check your status.
- [ ] Retained Counsel
- [ ] Appointed Counsel

If appointed counsel, are you
- [ ] Federal Defender
- [ ] CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 16, 2017

Attorney signature: S/ Ronald J. Kaputska

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015